# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br><br>*This Document relates to the case captions and numbers identified in Exhibit A* | MDL 2750<br>MASTER DOCKET NO. 3:16-md-2750<br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE CLERK OF THE COURT:

Plaintiffs identified on the attached Exhibit A, by and through the undersigned attorneys, pursuant to Case Management Order No. 7, hereby file this notice of voluntary dismissal as to all Defendants, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 1, 2022                                             Respectfully submitted,


                                                                 By: /s/ Frank M. Petosa
                                                                 Frank M. Petosa
                                                                 Morgan & Morgan Complex Litigation Group
                                                                 8151 Peters road, 4th Floor
                                                                 Plantation, FL 33324
                                                                 Tel: (954) 327-5366
                                                                 Fax: (954) 327-3018
                                                                 Email: fpetosa@forthepeople.com
                                                                 *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the District of New Jersey via the CM/ECT system, this 1st day of April 1, 2022.

                                      Respectfully submitted,

                                      By: /s/ Frank M. Petosa_____
Frank M. Petosa
Morgan & Morgan Complex Litigation Group
8151 Peters Road, 4th Floor
Plantation, FL 33324
Tel: (954) 327-5366
Fax: (954) 327-3018
Email: fpetosa@forthepeople.com
*Counsel for Plaintiff*

## EXHIBIT A

|   | Last Name | First Name | Case Number |
|---|---|---|---|
| 1 | Jeffries | Joyce | 2:17-cv-02124 |
| 2 | Sanders | Ludie | 2:17-cv-02127 |
| 3 | Portnoff | Arthur | 2:17-cv-02314 |
| 4 | Baumann | John | 2:17-cv-02340 |
| 5 | Joyner | Joyce | 2:17-cv-02897 |
| 6 | Matthews | Charles | 2:17-cv-05195 |
| 7 | Carter | Wanda | 2:17-cv-05335 |
| 8 | Roberts | Katey | 2:17-cv-05904 |